IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES L. NIEVES, individually and as trustee of the Dolores L. Nieves Family Living Trust Dated March 10, 2000,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN BANK, N.A., CHASE HOME FINANCE, LLC, and CALIFORNIA RECONVEYANCE COMPANY, a California Corporation,<br><br>    Defendants.<br>_____/ | No. C 11-05260 WHA<br><br>**NOTICE REGARDING CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 9, 2012** |

There is a reasonable possibility that the Court will be dark on Thursday, February 9, 2012, and this case management conference will need to be postponed. This serves as a notice to counsel. The Court will not be able to confirm whether the case management conference will be rescheduled until Tuesday, February 7. If there is a possibility that this will be problematic for out of town counsel, please let the Court know promptly.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE