**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES L. NIEVES, individually and as trustee of the Dolores L. Nieves Family Living Trust Dated March 10, 2000,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN BANK, N.A., CHASE HOME FINANCE, LLC, and CALIFORNIA RECONVEYANCE COMPANY, a California Corporation,<br><br>    Defendants.<br>                                           / | No. C 11-05260 WHA<br><br>**NOTICE CONFIRMING FEBRUARY 9, 2012, CASE MANAGEMENT CONFERENCE** |

    This notice is to confirm that the case management conference set for 11:00 a.m. on February 9, 2012, will go forward as regularly scheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

                                                           WILLIAM ALSUP<br>
                                                           UNITED STATES DISTRICT JUDGE