IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES L. NIEVES, individually and as trustee of the Dolores L. Nieves family living trust dated March 10, 2000,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN BANK, N.A., a Delaware Corporation, CHASE HOME FINANCE LLC, a New Jersey Limited Liability Company, CALIFORNIA RECONVEYANCE COMPANY, a California corporation,<br><br>    Defendants.<br>                                            / | No. C 11-05260 WHA<br><br>**ORDER RE REQUEST TO CONTINUE MEDICATION** |

This is a joint motion to "continue the medication in this matter" (Dkt. No. 31). The judge is having trouble remembering what medication he previously prescribed. Whatever it was, it evidently has not resulted in any resolution beyond asking for more of the same. Believing, however, that litigants should normally take some of their own medication, the judge will allow more time to do so and extend the mediation deadline to June 29.

**IT IS SO ORDERED.**

Dated: May 7, 2012.

                                                                         WILLIAM ALSUP
                                                                         UNITED STATES DISTRICT JUDGE