IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES NIEVES, individually and as Trustee of the Dolores L. Nieves Family Living Trust Dated March 10, 2000,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JP MORGAN BANK, N.A., a Delaware Corporation, CHASE HOME FINANCE LLC, a New Jersey Limited Liability Company, CALIFORNIA RECONVEYANCE COMPANY, a California Corporation,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 11-05260 WHA<br><br>**ORDER DENYING MOTION FOR CONTINUANCE OF TRIAL DATE AND CASE MANAGEMENT ORDER** |

The parties have filed a joint request to continue the dates set in the case management scheduling order, dated February 9, 2012 (Dkt. No. 20). The final pre-trial conference is scheduled for January 28, with trial scheduled for February 4. The reasons given are that (1) the pleadings in this action were not settled until defendants answered the amended complaint on July 26, 2012, and (2) plaintiff is incapacitated due to her advanced age, thus making it difficult for defendants to take discovery. On this record, no continuance is warranted. This action was commenced in August 2011. The parties have had ample time to conduct discovery or settlement negotiations. The last two docket entries in this matter are a notice from the mediator that the case did not settle, filed in August 2012, and a reminder notice from this Court regarding upcoming trial dates. The parties should not have waited until the eve of trial to request a continuance. The request for a continuance is therefore **DENIED**. The parties are reminded that pre-trial filings are due at least seven days prior to the pre-trial conference.

　　**IT IS SO ORDERED.**

Dated: January 15, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE