IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLORES L. NIEVES, individually and as Trustee of the Dolores L. Nieves Family Trust Dated March 10, 2000,

    Plaintiff,

  v.

JPMORGAN BANK, N.A., a Delaware corporation, CHASE HOME FINANCE LLC, a New Jersey limited liability company, CALIFORNIA RECONVEYANCE COMPANY, a California corporation, and DOES 1 through 100, inclusive,

    Defendants.
    /

No. C 11-05260 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties for the notice of settlement but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: January 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE